IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF SOUTH CAROLINA

FLORENCE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CIVIL ACTION NO. 4:95-3221-CMC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER VACATING AND SETTING |
| DEMETRIA L. JAMES, | ) | ASIDE DECREE OF FORECLOSURE |
| | ) | AND SALE AND FOR DISMISSAL |
| Defendant. | ) | OF THE ACTION |

Plaintiff has moved pursuant to Rule 60(b)(6), and Rule 41 (a)(2), Federal Rules of Civil Procedure, to vacate the Decree of Foreclosure and Sale heretofore filed by this Court on September 30, 2002, and to dismiss the action.

This foreclosure action was commenced on September 27, 1995. Before completion of this action, defendant Demetria L. James filed for bankruptcy under Title 11, Chapter 13, United States Code. Thereafter, foreclosure proceedings were stayed pending disposition of the bankruptcy case. It now appears that additional servicing is required on Demetria L. James' account before can proceed.

IT IS ORDERED, ADJUDGED AND DECREED that the Decree of Foreclosure and Sale filed in this matter on September 30, 2002, be, and the same hereby is, vacated and set aside, and to be of no effect.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that this

action be, and the same hereby is, dismissed without prejudice.

Clerks of the Federal District Court and the appropriate County Court are authorized and directed to cancel of record any Lis Pendens which heretofore may have been filed in this action.

AND IT IS SO ORDERED.

                                      s/Cameron McGowan Currie
                                      CAMERON McGOWAN CURRIE
                                      UNITED STATES DISTRICT JUDGE

July 24, 2008
Columbia, SC